UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION-LAW

Clarence Bloodworth :
407 Broad Street :
Pen Argyl, PA  18072 :
 (On behalf of himself and those Similarly Situated) :
Plaintiff :
v. : 10-cv-4633
:
TBF Financial, Inc. :
520 Lake Cook Road, Suite 5 :
Deerfield, IL  60015 :
and :
John Does 1-10 :
and : Jury Trial Demanded
XYZ Corporations :
Defendant(s) :

**PLAINTIFF'S ANSWER TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff opposes Defendant's Motion to Dismiss on the grounds set forth in Plaintiff's accompanying Brief in Support of Answer to Motion to Dismiss.

/s/ Vicki Piontek        11-8-2010
_____     _____
Vicki Piontek, Esquire     Date
Supreme Court ID Number 83559
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
717-533-7472
Fax: 866-408-6735
palaw@justice.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION-LAW

| | | |
|---|---|---|
| Clarence Bloodworth | : | |
| 407 Broad Street | : | |
| Pen Argyl, PA  18072 | : | |
| (On behalf of himself and those Similarly Situated) | : | |
| Plaintiff | : | |
| v. | : | 10-cv-4633 |
| | : | |
| TBF Financial, Inc. | : | |
| 520 Lake Cook Road, Suite 5 | : | |
| Deerfield, IL  60015 | : | |
| and | : | |
| John Does 1-10 | : | |
| and | : | Jury Trial Demanded |
| XYZ Corporations | : | |
| Defendant(s) | : | |

**Certificate of Service**

On the 8th day of November, 2010, I served a true and correct copy of the attached Plaintiff's Answer to Defendant's Motion to Dismiss by First Class U.S. Mail, postage pre-paid to the following parties at the following addresses.

Wilbur L. Kipnes (Pa. I.D. No. 19501)
Paul 1. Safier (Pa.I.D. No. 209154)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286


/s/ Vicki Piontek              11-8-2010
_____          _____
Vicki Piontek, Esquire         Date
Supreme Court ID Number 83559
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
717-533-7472
Fax: 866-408-6735
palaw@justice.com